■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR CORTES, Appellant. [932 NYS2d 20]—

■■■■■ No opinion. Rivera, J.P., Eng, Leventhal and Miller, JJ., concur.